[No. 30141-5-II. Division Two. April 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CASEY LEE GILSTRAP, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-1-00582-1, H. John Hall, J., entered March 20, 2003. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 21673-0-III. Division Three. April 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ANTHONY CARDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-8-00257-7, John M. Antosz, J., entered November 19, 2002. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.

[No. 22048-6-III. Division Three. April 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD ARMER BRILL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00222-9, Evan E. Sperline, J., entered March 31, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.

[No. 20949-1-III. Division Three. April 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM CHARLES JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 01-1-00180-7, John E. Bridges, J., entered Novmeber 13, 2001. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.